JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GLOSSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. BARBER,<br><br>　　　　　　Defendant. | Case No. 5:25-cv-00641-FLA (BFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Complaint in this matter is dismissed, and the action is DISMISSED without prejudice.

　　IT IS SO ORDERED.

Dated: September 29, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge